UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                    :
JOSEPH VALENCIA,                                                    :
                                                                    :
                              Plaintiff,                           :
                                                                    :
              -v-                                                   :         25 Civ. 9855 (JPC)
                                                                    :
KNICKERBOCKER CLOTHING CO., LLC,                                   :         ORDER
                                                                    :
                              Defendant.                           :
                                                                    :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

         The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is ordered that Plaintiff's claims are dismissed without costs and without prejudice to renewing the claims, provided the application is made within thirty days of this Order in the event the settlement agreement is not completed and executed.  Any such application filed after thirty days from the date of this Order may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreements, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  The Clerk of Court is respectfully directed to close this case.

         SO ORDERED.

Dated: March 9, 2026
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                   United States District Judge